# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| WILLIE L. MITCHELL,<br>WTSP #261119 | | PLAINTIFF |
| V. | 3:05CV00190 JTR | |
| MICKEY THORNTON,<br>Chief Administrator, Crittenden County<br>Detention Facility; and WADE ELLIOT,<br>Jailer, Mississippi County Detention Center | | DEFENDANTS |

## ORDER OF DISMISSAL

Plaintiff, who is currently incarcerated at the West Tennessee State Penitentiary, has commenced this *pro se* § 1983 action alleging that Defendants subjected him to excessive force and provided him with inadequate medical care while he was being held at the Crittenden County Detention Facility and the Mississippi County Detention Center. For the reasons set forth herein, the case will be dismissed, without prejudice.[1]  *See* docket entries #2 and #6.

On May 18, 2006, the Court entered an Order granting Defendants' Motion to Compel and giving Plaintiff thirty days to <u>file</u> his discovery responses with the Court.[2]  *See* docket entry #26. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in

---

[1] On February 22, 2006, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #20.

[2] The Court specifically directed Plaintiff to "file" his discovery responses with the Clerk of the Court – as opposed to mailing them directly to opposing counsel – so that it could later be determined whether Plaintiff had timely and properly complied with the May 18, 2006 Order.

the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).[3] *Id.* As of the date of this Order of Dismissal, Plaintiff has failed to respond to the Court's May 18, 2006 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's May 18, 2006 Order.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 28th day of June, 2006.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

[3] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)