### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

WILLIE L. MITCHELL,
WTSP #261119                                                                                              PLAINTIFF

V.                                          3:05CV00190 JTR

MICKEY THORNTON,
Chief Administrator, Crittenden County
Detention Facility; and WADE ELLIOT,
Jailer, Mississippi County Detention Center                                          DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's May 18, 2006 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 28th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE